IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TINESHIA BARLOW,** | : | No. 1:21-cv-00586 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALLENBERRY RESORT, ALLENBERRY RESORT AND LODGING, LLC,** *and* **MOWERY FISHER,** | : : : : : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 30th day of September, 2021, upon consideration of Defendant Allenberry Resort, Allenberry Resort and Lodging, LLC's amended motion to dismiss for failure to state a claim (Doc. 21), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

*s/Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge
