IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TINESHIA BARLOW,** | : | No. 1:21-cv-00586 |
| **Plaintiff,** | : | |
| vs. | : | |
| **ALLENBERRY RESORT et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 30th day of September, 2021, upon consideration of Defendant Mowery Fisher's amended motion to dismiss for failure to state a claim (Doc. 24), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

<em>s/Sylvia H. Rambo</em><br>
Sylvia H. Rambo<br>
United States District Judge